IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TONY ASBURY                                                                                    PLAINTIFF

v.                                    Civil No. 6:17-CV-06001-SOH-MEF

JOHN WEAVER, *et. al.*                                                                DEFENDANTS

## ORDER

Plaintiff has filed a motion (Doc. 7) to voluntarily dismiss this case without prejudice. Defendants have not yet been served. The Clerk is directed to treat this as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 19th day of April, 2017.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE